BELL FIREPROOFING COMPANY, Respondent, *v.* MANU-
FACTURERS TRUST COMPANY, Appellant.

*Banks and banking — action to recover balance — checks drawn by
treasurer of plaintiff to order of one of its creditors and deposited to
personal account with defendant on forged indorsement not chargeable
against plaintiff's account.*

Bell Fireproofing Co. v. Manufacturers Trust Co., 212 App. Div.
831, affirmed.

(Submitted June 12, 1925; decided July 15, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover a balance of plaintiff's deposit in defendant's bank. The defendant charged against the plaintiff's account five checks aggregating $5,000, all of which had been drawn in the plaintiff's name by its treasurer, George J. Jorge, to the order of Henry Bieg, who was a creditor of the plaintiff when each of the checks was so drawn to his order. All five checks were drawn in payment of bills rendered by Henry Bieg to the plaintiff for merchandise sold by Henry Bieg to the plaintiff in the regular course of business. It was shown that George J. Jorge (now deceased) wrote upon each of the checks an indorsement thereof in the name " Henry Bieg " and then indorsed each check in his own name and deposited the same in his personal account with the defendant bank.

*Arthur W. Clement* and *Charles de la Vergne* for appellant.

*John T. Loughran, John W. Hannan* and *James A. Delehanty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, ANDREWS and LEHMAN, JJ. Dissenting: MCLAUGHLIN, J. Not sitting: CRANE, J. Absent: POUND, J.